MAX LEFKOWITZ, Respondent, v. MOTOR HAULAGE Co., INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

JULIA M. LYONS, Respondent, v. JOHN L. DELANEY, Appellant, and " MARY " DELANEY and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell and Tompkins, JJ.; Hagarty, J., not voting.

MANUFACTURERS TRUST COMPANY, Respondent, v. MAY BERKOWITZ and Others, Defendants, and SUNRISE REALTORS, INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Kapper, Carswell, Scudder and Davis, JJ.; Lazansky, P. J., taking no part.

LENA MERETZKY, Appellant, v. WESTCHESTER TRUST COMPANY and JOSEPH WOLFF, Respondents.— Motion to resettle order denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

DELIA MORAN, as Administratrix, etc., Respondent, v. THE BROOKLYN CITIZEN and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

JOHN NEIS, Respondent, v. JOSEPH DE GREGORY (Sometimes Described as JOSEPH DE GREGORIO and Also as JOSEPH GREGORY), Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

PILZER BROTHERS, Respondent, v. HENRY GLUCK, Doing Business under the Firm Name of the GLUCK CROW MANUFACTURING COMPANY, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the case for the April term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent ten dollars costs within five days from the service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM L. SCHAFER, Appellant.— Motion to enlarge time granted; appellant to perfect the appeal for the April term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES LEHR, Relator, v. GROVER A. WHALEN, as Police Commissioner of the Police Department of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

SHORE GARDENS CORPORATION, Respondent, v. RESTEL REALTY CORPORATION and Others, Appellants.— Motion granted and time extended to the April term